**Dr. Sakharam D. MAHURKAR, Plaintiff–Appellant,**

v.

**C.R. BARD, INC., Defendant,**

v.

**NIRO, Scavone, Haller, & Niro, Movant–Cross Appellant.**

No. 02–1432, 02–1466.

United States Court of Appeals,
Federal Circuit.

May 12, 2003.

Before MAYER, Chief Judge, MICHEL and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.